IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAUL MEINHART, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-0073 |
| | § | |
| HALLIBURTON ENERGY SERVICES, INC., *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The plaintiff, Paul Meinhart, has filed a motion to remand based on his status as a Jones Act seaman asserting a claim under that Act and on the absence of federal removal jurisdiction under OCSLA under the circumstances of this case. The plaintiff seeks an expedited hearing. The deadline for the defendant to respond to the remand motion is February 1, 2011. That deadline remains in place. As part of the response, the defendant must identify other cases in which a similar remand issue has been raised and resolved or is pending. The motion is set for argument on **February 16, 2011, at 4:00 p.m.**

SIGNED on January 13, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge